# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): **Michael Gibson Muir**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant**(s): **L3Harris Technologies, Inc.**

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Michael Gibson Muir**
**3255 S. Dorsey Lane Apt. 1036**
**Tempe , Arizona  85282**
7123096121

Defendant's Atty(s):

**Mark Worischeck , Attorney**
Sanders & Parks, P.C.
3030 N. Third Street, Suite 1300
Phoenix, Arizona  85012
602-532-5600

**Ryan P Sandstrom , Attorney**
Sanders & Parks, P.C.
3030 N. Third Street, Suite 1300
Phoenix, Arizona  85012
602-532-5600

**Michael G McQuillen , Attorney**
Adler Murphy & McQuillen, LLP
20 S. Clark St., Suite 2500
Chicago, Illinois  60603
312-345-0700

**Christopher J Raistrick , Attorney**
Adler Murphy & McQuillen, LLP
20 S. Clark St., Suite 2500
Chicago, Illinois  60603
312-345-0700

**Mark S Susina , Attorney**
Adler Murphy & McQuillen, LLP
20 S. Clark St., Suite 2500
Chicago, Illinois  60603
312-345-0700

**Richard C Harris , Attorney**
Adler Murphy & McQuillen, LLP
20 S. Clark St., Suite 2500
Chicago, Illinois  60603
312-345-0700

II. Basis of Jurisdiction:           **4. Diversity (complete item III)**

III. Citizenship of Principal
Parties **(Diversity Cases Only)**

Plaintiff:- **1 Citizen of This State**
Defendant:- **5 Non AZ corp and Principal place of Business outside AZ**

IV. Origin :           **1. Original Proceeding**

V. Nature of Suit:           **360 Other Personal Injury**

VI.Cause of Action:           **28 U.S.C. §§ 1331, 1332, 1332(a), 1441(a) and (b), and 1446. Emotional distress and physical manifestations due to revelation of congenital disability through TSA checkpoint screening.**

VII. Requested in Complaint
Class Action: **No**
Dollar Demand: **$250,000,000**
Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:   Mark G. Worischeck**

     Date:   **12/23/2019**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**