Mark G. Worischeck/Bar No. 011147
Ryan P. Sandstrom/Bar No. 029862
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Phone: 602.532.5795
Mark.Worischeck@sandersparks.com
Ryan.Sandstrom@sandersparks.com

Michael G. McQuillen/IL Bar No. 6188166
(*pro hac vice admission anticipated*)
Christopher J. Raistrick/IL Bar No. 6237922
(*pro hac vice admission anticipated*)
Mark S. Susina/IL Bar No. 6201998
(*pro hac vice admission anticipated*)
Richard C. Harris/IL Bar No. 6313005
(*pro hac vice admission anticipated*)
**ADLER MURPHY & McQUILLEN, LLP**
20 S. Clark St., Suite 2500
Chicago, Illinois 60603
Phone: 312.345-0700
mmcquillen@amm-law.com
craistrick@amm-law.com
msusina@amm-law.com
rharris@amm-law.com

*Attorneys for Defendant L3Harris Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL GIBSON MUIR, an unmarried man,<br><br>Plaintiff,<br><br>v.<br><br>L3HARRIS TECHNOLOGIES, INC., a Delaware for-profit corporation,<br><br>Defendant. | Case No.<br><br>**Defendant L3Harris Technologies, Inc.'s Corporate Disclosure Statement** |

This Corporate Disclosure Statement is filed on behalf of L3Harris Technologies, Inc. in compliance with the provisions of: *(check one)*

    <u> X   </u>  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

    <u> X   </u>  No such corporation.

    ____  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  (*Attach additional pages if needed.*)

    ____  Publicly held corporation, not a party to the case, with a financial interest in the outcome.  List identity of corporation and the nature of financial interest.  (*Attach additional pages if needed.*)

    ____  Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

/ / /

/ / /

/ / /

/ / /

/ / /

**RESPECTFULLY SUBMITTED** this 23rd day of December, 2019.

**SANDERS & PARKS, P.C.**

By */s/ Ryan P. Sandstrom*
Mark G. Worischeck
Ryan P. Sandstrom
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099

Michael G. McQuillen (pending *pro hac vice*)
Christopher J. Raistrick (pending *pro hac vice*)
Mark S. Susina (pending *pro hac vice*)
Richard C. Harris (pending *pro hac vice*)
**ADLER MURPHY & McQUILLEN, LLP**
20 S. Clark St., Suite 2500
Chicago, Illinois 60603
*Attorneys for Defendant L3Harris Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

With a copy sent via email to:

Michael Gibson Muir
3255 S. Dorsey Lane
Apt. 1036
Tempe, AZ 85282
blaxwan@yahoo.com
*Plaintiff Pro Per*


By:  */s/ Katie Martin*