Mark G. Worischeck/Bar No. 011147
Ryan P. Sandstrom/Bar No. 029862
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
Phone: 602.532.5795
Mark.Worischeck@sandersparks.com
Ryan.Sandstrom@sandersparks.com

Michael G. McQuillen/IL Bar No. 6188166
(*pro hac vice admission anticipated)*
Christopher J. Raistrick/IL Bar No. 6237922
(*pro hac vice admission anticipated)*
Mark S. Susina/IL Bar No. 6201998
(*pro hac vice admission anticipated)*
Richard C. Harris/IL Bar No. 6313005
(*pro hac vice admission anticipated)*
**ADLER MURPHY & McQUILLEN, LLP**
20 S. Clark St., Suite 2500
Chicago, Illinois 60603
Phone: 312.345-0700
mmcquillen@amm-law.com
craistrick@amm-law.com
msusina@amm-law.com
rharris@amm-law.com

*Attorneys for Defendant L3Harris Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Gibson Muir, a natural man living in Tempe, Arizona,<br><br>Plaintiff,<br><br>v.<br><br>L3Harris Technologies, Inc., a Delaware for-profit corporation,<br><br>Defendant. | Case No. 2:19-cv-05887-DGC<br><br>**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING (FIRST REQUEST)** |

Defendant, L3Harris Technologies, Inc. ("L3"), hereby moves for a 30-day extension of time to file a responsive pleading to Plaintiff's Complaint, thereby creating a new deadline of January 29, 2020. This is the first request for an extension of time to file a responsive pleading by L3. Although L3 counsel has contacted Plaintiff regarding L3's request for an extension, Plaintiff has not responded whether or not he consents to the extension, and therefore L3 presumes Plaintiff opposes this request.

On December 2, 2019, Plaintiff Michael Gibson Muir filed a Complaint in Maricopa County Superior Court, CV2019-013495, against L3 (the "Action"). On December 23, 2019, L3 filed a Notice of Removal of the Action to the United States District Court for the District of Arizona. At the time of the filing of the Notice of Removal, L3 had not filed a responsive pleading to Plaintiff's Complaint. Rule 81(c) of the Federal Rules of Civil Procedure provides that an answer or other responsive pleading must be filed "7 days after the notice of removal is filed." Fed. R. Civ. P. 81(c). Accordingly, L3's current deadline to file an answer or other responsive pleading to Plaintiff's removed Complaint is December 30, 2019.

Defendant moves for a 30-day extension of time to file a responsive pleading due to the vast extent of Plaintiff's allegations in the Action, and the ongoing and upcoming holidays with vacations scheduled for undersigned counsel.

Plaintiff is a *pro se* litigant, who alleges in the Complaint that he suffered emotional distress with physical manifestations because L3's scanning technology invaded his privacy by revealing a congenital physical disability when he was scanned by TSA at the Phoenix-Mesa Gateway Airport on August 9, 2018. (Complaint ¶¶ 5, 42, 45, 49.) He alleges numerous

violations of federal law, including the following: 29 U.S.C. § 794(a), 49 U.S.C. § 44901(l)(A)(i), 49 U.S.C. §40103(a)(2), 29 U.S.C. § 701, and 49 C.F.R. § 1540.107. Plaintiff seeks injunctive relief requiring L3 to return Plaintiff's scan "code" of his congenital physical disability. (Complaint ¶ 48.) Plaintiff also seeks "$250,000,000 in damages for violation of the person leading to severe emotional distress beyond the bounds of human decency." (Complaint ¶ 49.)

Due to the extent of Plaintiff's allegations of numerous violations of federal law, the significance of the damages sought with injunctive relief, and the ongoing holidays with vacations scheduled for undersigned counsel, L3 seeks a 30-day extension to file a responsive pleading to the Complaint. If granted, the deadline for L3 to file a responsive pleading would be January 29, 2020.

**RESPECTFULLY SUBMITTED** this 26th day of December, 2019.

**SANDERS & PARKS, P.C.**

By *<u>/s/ Ryan P. Sandstrom</u>*

Mark G. Worischeck
Ryan P. Sandstrom
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099

Michael G. McQuillen (pending *pro hac vice)*
Christopher J. Raistrick (pending *pro hac vice)*
Mark S. Susina (pending *pro hac vice)*
Richard C. Harris (pending *pro hac vice)*
**ADLER MURPHY & McQUILLEN, LLP**
20 S. Clark St., Suite 2500
Chicago, Illinois 60603
*Attorneys for Defendant L3Harris Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

With a copy sent via email to:

Michael Gibson Muir
3255 S. Dorsey Lane
Apt. 1036
Tempe, AZ 85282
blaxwan@yahoo.com
*Plaintiff Pro Per*

By: *\/s\/ Katie Martin* ______________________