|   |   |
|---|---|
| 1 | Mark G. Worischeck/Bar No. 011147 |
| 2 | Ryan P. Sandstrom/Bar No. 029862<br>**SANDERS & PARKS, P.C.** |
| 3 | 3030 North Third Street, Suite 1300<br>Phoenix, AZ  85012-3099 |
| 4 | Phone: 602.532.5795<br>Mark.Worischeck@sandersparks.com |
| 5 | Ryan.Sandstrom@sandersparks.com |
| 6 | Michael G. McQuillen/IL Bar No. 6188166<br>(*pro hac vice admission anticipated*) |
| 7 | Christopher J. Raistrick/IL Bar No. 6237922<br>(*pro hac vice admission anticipated*) |
| 8 | Mark S. Susina/IL Bar No. 6201998<br>(*pro hac vice admission anticipated*) |
| 9 | Richard C. Harris/IL Bar No. 6313005<br>(*pro hac vice admission anticipated*) |
| 10 | **ADLER MURPHY & McQUILLEN, LLP**<br>20 S. Clark St., Suite 2500 |
| 11 | Chicago, Illinois 60603<br>Phone: 312.345-0700 |
| 12 | mmcquillen@amm-law.com<br>craistrick@amm-law.com |
| 13 | msusina@amm-law.com<br>rharris@amm-law.com |
| 14 |   |
| 15 | *Attorneys for Defendant L3Harris Technologies, Inc.* |

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Michael Gibson Muir, a natural man living in Tempe, Arizona, | Case No. 2:19-cv-05887-DGC |
|---|---|
| Plaintiff, | **ORDER (PROPOSED)** |
| v. |   |
| L3Harris Technologies, Inc., a Delaware for-profit corporation, |   |
| Defendant. |   |

1  Having reviewed the Motion for Extension of Time to File a Responsive Pleading filed on December 26, 2019 by Defendant, L3Harris Technologies, Inc. (the "Motion"), and for good cause appearing therein,

**IT IS HEREBY ORDERED** granting the Motion for Extension of Time to File a Responsive Pleading thereby extending the time for Defendant L3 to file a responsive pleading to January 29, 2020.  The Parties' obligations to produce the information called for in the MIDP within 30 days of the filing of the answer, as set for in paragraph (A)(6) of the General Order, will be triggered by L3's filing of an answer after the extension.

Dated this \_\_\_\_ day of December, 2019.

_____
Honorable David G. Campbell
United States District Judge