Name: Michael Gibson Muir
ADC#
Address: 3255 S. Dorsey Ln.
Apt 1036
Tempe, AZ 85282

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN - 2 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Michael Gibson Muir

Plaintiff,

v

L3Harris Technologies, Inc.

Defendant(s),

Case No. CV19-5887 PHX DGC

**Notice of Change of Address**

I, Michael Gibson Muir, Plaintiff in the above entitled and numbered action, hereby give notice of change of address. My new mailing address is:

3255 S. Dorsey Ln.
Apt. 1036
Tempe, AZ 85282

Respectfully submitted this 2nd day of January, 20 20.

Signed by _____

Copy of the foregoing mailed
this ___ day of _____, 20___, to: