Removed

FILED ___ LODGED
RECEIVED ___ COPY

JAN - 2 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Gibson Muir, | No. CV19-5887 PHX DGC |
| Plaintiff, | |
| v. | |
| L3Harris Technologies, Inc., a Delaware for-profit corporation, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2020, I served the attached document by mail on the following:

L3Harris Technologies, Inc.
1025 W. Nasa Boulevard
Melbourne, FL 32919

Michael Gibson Muir

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Gibson Muir,<br><br>    Plaintiff,<br><br>v.<br><br>L3Harris Technologies Incorporated,<br><br>    Defendant. | No. CV19-5887 PHX-DGC<br><br>**ORDER** |

  This matter having recently come before this Court,

  **IT IS ORDERED** that a motion pursuant to Fed. R. .Civ. P. 12(b) is discouraged if the defect can be cured by filing an amended pleading. Therefore, the parties must meet and confer prior to the filing of a motion to dismiss to determine whether it can be avoided. The duty to confer also applies to parties appearing pro se. Consequently, motions to dismiss must contain a certification of conferral indicating that the parties have conferred to determine whether an amendment could cure a deficient pleading, and have been unable to agree that the pleading is curable by a permissible amendment. In addition, parties shall endeavor not to oppose motions to amend that are filed prior to the Scheduling Conference or within the time set forth in the Rule 16 Case Management Order. Motions to dismiss that do not contain the required certification are subject to be stricken on the Court's motion.

  **IT IS FURTHER ORDERED** directing Plaintiff to familiarize himself with the Federal Rules of Civil Procedure and Local Rules for the District of Arizona, both of which

can be found on the Court's website at www.azd.uscourts.gov.

**IT IS FURTHER ORDERED** that Plaintiff serve a copy of this Order upon Defendant and file a notice of service with the Court.

Dated this 27th day of December, 2019.

David G. Campbell
Senior United States District Judge