IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Gibson Muir,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>L3Harris Technologies, Incorporated,<br><br>　　　　　　Defendant. | No. CV19-05887 PHX DGC<br><br>**ORDER** |

Plaintiff seeks permission to electronically file and serve documents in this case. Doc. 12.  The motion will be denied because it is this Court's policy to require pro se litigants to submit documents in paper form so that the Clerk's Office can ensure the documents are properly filed.  *See* LRCiv 5.5(c) (court has discretion to require filing in paper form); ECF Admin. Policies & Procedures Manual, Dist. of Ariz. § II(B)(3) (requiring pro se litigants to file documents in paper form absent leave of court to file electronically).

**IT IS ORDERED** that Plaintiff's motion seeking permission to electronically file and serve documents in this case (Doc. 12) is **denied**.

Dated this 17th day of January, 2020.

David G. Campbell
Senior United States District Judge