Name: Michael Gibson Muir

ADC# _____

Address: _____

_____

FILED ___ LODGED ___
RECEIVED ___ COPY ___

FEB 20 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Michael Gibson Muir

Plaintiff,

v

L3Harris Technologies, Inc.

Defendant(s),

Case No. 2:19-cv-05887-DGC

**Notice of Change of Address**

I, Michael Gibson Muir, Plaintiff in the above entitled and numbered action, hereby give notice of change of address. My new mailing address is:

19 Inglewood Ln
Bloomington, IL 61704

Respectfully submitted this 20th day of February, 20 20

Signed by _____

Copy of the foregoing mailed
this ___ day of _____, 20 ___, to: