# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Gibson Muir<br><br>Plaintiff,<br><br>v.<br><br>L3Harris Technologies, Inc., a Delaware for-profit corporation,<br><br>Defendant. | No. CV19-5887 PHX DGC<br><br>Judge David G. Campbell |

## DECLARATION OF GEORGE SALIMBAS

George Salimbas, the declarant, being first duly sworn under oath, deposes and states as follows:

1. My name is George Salimbas. I am over 18 years old and under no legal disability, and if called and sworn as a witness, I would testify to the following facts which are within my personal knowledge.

2. I am currently employed by Leidos Security Detection & Automation, Inc., which is a wholly owned subsidiary of Leidos, Inc.

3. My current position is Vice President of Contracts for Leidos Security Detection & Automation, Inc. I have been so employed since May 4, 2020.

4. On May 4, 2020, Leidos, Inc. purchased L3 Security & Detection Systems, Inc.

5. I was formerly employed by L3 Security & Detection Systems, Inc., or its predecessor companies from April 1, 2019 until May 4, 2020.

6. During my time of employment with L3 Security & Detection Systems, Inc., and its predecessor companies, my position(s) was Vice President of Contracts.

7. From my time working for L3 Security & Detection Systems, Inc., its predecessor companies, and Leidos Security Detection & Automation, Inc., I am familiar with the corporate histories and structures of both corporations.

8. In July 2019, L3 Technologies Inc. merged with Harris Corporation to form L3 Harris Technologies Inc.

9. L3 Technologies Inc. was the parent company of L-3 Communications Security and Detection Systems, Inc., and L3 Communications Corporation.

10. L-3 Communications Security and Detection Systems, Inc., and L3 Communications Corporation developed certain anti-terrorism screening technology known as the Provision™ ATD and Provision™ 2.

11. "ATR" stands for "Automatic Target Recognition" software.

12. "ATD" stands for "Automatic Target Detection" software.

13. "ATD" is L3 Harris Technologies, Inc.'s acronym for "ATR." In essence, Automatic Target Recognition means the same thing as Automatic Target Detection.

14. The Automatic Target Detection software utilized in the Provision™ ATD and Provision™ 2 is a form of Automatic Target Recognition software as defined under 49 U.S.C § 44901(l)(1)(C) and 49 CFR § 1540.107(d)(2).

15. On October 26, 2016, the Deputy Under Secretary for Science and Technology for the United States Department of Homeland Security issued a Certification and Designation to L-3 Communications Security and Detection Systems, Inc., and L3 Communications Corporation under the Support Anti-terrorism by Fostering Effective Technologies Act of 2002 (the "SAFETY Act") (6 U.S.C. § 441 *et seq.* (2018)), for the Provision™ ATD and Provision™ 2.

16. True and accurate copies of the SAFETY Act Certification and Designation for the Provision™ ATD and Provision™ 2 are attached hereto as **Group Exhibit 1.**

17. The Provision™ ATD and Provision™ 2 are the only models of millimeter wave scanners that have been sold to the Transportation Security Administration ("TSA") by L3Harris Technologies, Inc., or by any current or former subsidiaries of L3Harris Technologies, Inc., for operation by TSA for airport passenger security screening purposes at the Phoenix-Mesa Gateway Airport.

18. After selling the SAFETY Act Technology to the TSA for airport passenger security screening purposes at the Phoenix-Mesa Gateway Airport, neither L3Harris Technologies, Inc., nor any of its current or former corporate subsidiaries, exercised any degree of control or authority over the Provision™ ATD or Provision™ 2.

19. On December 19, 2017, L-3 Communications Security and Detection Systems, Inc. changed its name to L3 Security & Detection Systems, Inc.

20. L3 Harris Technologies, Inc. has never accepted or received Federal financial funding as a whole corporate entity.

21. L3 Harris Technologies, Inc. has never been principally engaged in the business of providing education, health care, housing, social services, or parks and recreation.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER DECLARANT SAYETH NAUGHT.

Dated: 4 June 2020

George Salimbas
Vice President, Contracts
Leidos Security Detection & Automation, Inc.

SUBSCRIBED and SWORN to
before me this 4th day of
June, 2020.

Notary Public
My Commission Expires:

3