Michael Gibson Muir
19 Inglewood Ln.
Bloomington, IL 61704
712-309-6121



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Gibson Muir,<br><br>    Plaintiff,<br><br>    v.<br><br>L3Harris Technologies, Inc., a Delaware for-profit corporation<br><br>    Defendant. | Case No. 2:19-cv-05887-DGC |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Gibson Muir hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant L3Harris Technologies Incorporated.

DATED: this 31st day of July, 2020                      Respectfully submitted,

                                                                               _____
                                                                               MICHAEL GIBSON MUIR