Mark G. Worischeck/Bar No. 011147
Ryan P. Sandstrom/Bar No. 029862
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Phone: 602.532.5795
Mark.Worischeck@sandersparks.com
Ryan.Sandstrom@sandersparks.com

Michael G. McQuillen/IL Bar No. 6188166
(*admitted pro hac vice*)
Christopher J. Raistrick/IL Bar No. 6237922
(*admitted pro hac vice*)
Mark S. Susina/IL Bar No. 6201998
(*admitted pro hac vice*)
Richard C. Harris/IL Bar No. 6313005
(*admitted pro hac vice*)
**ADLER MURPHY & McQUILLEN, LLP**
20 S. Clark St., Suite 2500
Chicago, Illinois 60603
Phone: 312.345-0700
mmcquillen@amm-law.com
craistrick@amm-law.com
msusina@amm-law.com
rharris@amm-law.com

*Attorneys for Defendant L3Harris Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Gibson Muir, a natural man living in Tempe, Arizona,<br><br>  Plaintiff,<br><br>v.<br><br>L3Harris Technologies, Inc., a Delaware for-profit corporation,<br><br>  Defendant. | Case No. 2:19-cv-05887-DGC<br><br>**DEFENDANT'S NOTICE OF AMENDMENT TO ITS CERTIFICATE OF SERVICE OF OBJECTION TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE (DOC. 26)** |

Defendant L3Harris Technologies, LLC ("L3") hereby amends Plaintiff's mailing address in the Certificate of Service attached to Defendant's Opposition to Plaintiff's Notice or Voluntary

Dismissal Without Prejudice (Doc. 26). L3 certifies that Defendant's Opposition to Plaintiff's Notice of Voluntary Dismissal Without Prejudice has been mailed to Plaintiff at the following updated address:

Michael Gibson Muir
19 Inglewood Lane
Bloomington, IL  61704

**RESPECTFULLY SUBMITTED** this 7th day of August, 2020.

**SANDERS & PARKS, P.C.**

By   */s/ Ryan P. Sandstrom*
Mark G. Worischeck
Ryan P. Sandstrom
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099

Michael G. McQuillen (admitted *pro hac vice*)
Christopher J. Raistrick (admitted *pro hac vice*)
Mark S. Susina (admitted *pro hac vice*)
Richard C. Harris (admitted *pro hac vice*)
**ADLER MURPHY & McQUILLEN, LLP**
20 S. Clark St., Suite 2500
Chicago, Illinois 60603
*Attorneys for Defendant L3Harris Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

With a copy sent via U.S. Mail and email to:

Michael Gibson Muir
19 Inglewood Lane
Bloomington, IL  61704
blaxwan@yahoo.com
*Plaintiff Pro Per*

By: */s/ Katie Martin*